# EXHIBIT B

Entity #: 3918060
Date Filed: 11/06/2009
Pedro A. Cortés
Secretary of the Commonwealth

PENNSYLVANIA DEPARTMENT OF STATE
CORPORATION BUREAU

## Application for Certificate of Authority
(15 Pa.C.S.)

[✓] Foreign Business Corporation (§ 4124)
[ ] Foreign Nonprofit Corporation (§ 6124)

**Name**
Enerplus Resources (USA) Corporation
**Address**
1700 Lincoln Street, Suite 1300
**City** Denver  **State** CO  **Zip Code** 80203-4513

Document will be returned to the name and address you enter to the left.

Commonwealth of Pennsylvania
CERTIFICATE OF AUTHORITY 3 Page(s)

T0932360012

Fee: $250

In compliance with the requirements of the applicable provisions of 15 Pa.C.S. (relating to corporations and unincorporated associations), the undersigned, hereby states that:

1. The name of the corporation is:
Enerplus Resources (USA) Corporation

2. *Complete only when the corporation must adopt a corporate designator for use in Pennsylvania.*
The name which the corporation adopts for use in this Commonwealth is:
N/A

3. *If the name set forth in paragraph 1 or 2 is not available for use in this Commonwealth, complete the following:*
The fictitious name which the corporation adopts for use in transacting business in this Commonwealth is:

The corporation shall do business in Pennsylvania only under such fictitious name pursuant to the attached resolution of the board of directors under the applicable provisions of 15 Pa.C.S. (relating to corporations and unincorporated associations) and the attached form DSCB:54-311 (Application for Registration of Fictitious Name).

4. The name of the jurisdiction under the laws of which the corporation is incorporated is: DELAWARE

5. The address of its principal office under the laws of the jurisdiction in which it is incorporated is:

| 1700 Lincoln Street Suite 1300 | Denver | CO | 80203-4513 |
|---|---|---|---|
| Number and street | City | State | Zip |

2009 NOV -6 PM 1: 55
PA DEPT OF STATE

2009 NOV 18 PM 3: 32
PA DEPT OF STATE

DSCB:15-4124/6124-2

6. The (a) address of this corporation's proposed registered office in this Commonwealth or (b) name of its commercial registered office provider and the county of venue is:
   (a) Number and street        City        State        Zip        County

   (b) Name of Commercial Registered Office Provider        County
   c/o: CT Corporation System        Dauphin County.

7. Check one of the following:

   ☑ *Business Corporation*: The corporation is a corporation incorporated for a purpose or purposes involving pecuniary profit, incidental or otherwise.

   ☐ *Nonprofit Corporation*: The corporation is a corporation incorporated for a purpose or purposes not involving pecuniary profit, incidental or otherwise.

IN TESTIMONY WHEREOF, the undersigned corporation has caused this Application for Certificate of Authority to be signed by a duly authorized officer thereof this
27 day of October,
2009.

Enerplus Resources (USA) Corporation
Name of Corporation

_____
Signature

Officer    FINANCE MANAGER
Title